UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BETTY DAVIES,

                    Plaintiff,

                                          No. 5:13-CV-1305

    -v-

MICHAEL TOMUSHUNAS,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

BETTY S. DAVIES
Plaintiff Pro Se
114 Burnet Avenue
Syracuse, NY 13202

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Pro se plaintiff Betty Davies brought this action pursuant to 42 U.S.C. § 1983. On October 23, 2013, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised by Report-Recommendation that the complaint be dismissed with prejudice.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

Plaintiff's complaint is DISMISSED with prejudice.

The Clerk is directed to serve a copy of this Decision and Order on plaintiff and close the file.

IT IS SO ORDERED.

United States District Judge

Dated: December 10, 2013
Utica, New York.